```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

RONNIE D. FULWOOD,

    Plaintiff,

v.                             CASE NO.  8:05-CV-175-T-17TBM

COMMERZBANK AG, et al.,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 105 Motion for Temporary Restraining Order
Dkt. 106 Memorandum
Dkt. 120 Response
Dkt. 124 Report and Recommendation

The Motion for Temporary Restraining Order was referred to the assigned Magistrate Judge for a Report and Recommendation, which has been filed. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts the Report and Recommendation and incorporates it by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted** and the Motion for Temporary Restraining Order is **denied**.

Case No. 8:05-CV-175-T-17TBM

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 21st day of September, 2005.

*[signature]*
ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record